

FILED

JUL 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   SOUTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,          )  Criminal Case No. 08CR2393-JLS
                                      )
8               Plaintiff,            )  I N F O R M A T I O N
                                      )
9        v.                           )  Title 8, U.S.C.,
                                      )  Sec. 1324(a)(2)(B)(iii) - Bringing
10 ASHLEY BROOKE LUKIN (1),           )  in Illegal Aliens Without
   JUSTIN HART LAMPERT (2),           )  Presentation; Title 18, U.S.C.,
11 GUSTAVO GUZMAN-MIRANDA (3),        )  Sec. 2 - Aiding and Abetting
   JOSE LUIS MURILLO-RODRIGUEZ(4),    )
12                                    )  Title 8, U.S.C., Sec. 1326(a)
                Defendants.           )  and (b) -Attempted Entry After
13 _____   )  Deportation (Felony)

14      The United States Attorney charges:

15                          <u>Count I</u>

16      On or about June 18, 2008, within the Southern District of

17 California, defendants ASHLEY BROOKE LUKIN and JUSTIN HART LAMPERT,

18 with the intent to violate the immigration laws of the United States,

19 knowing and in reckless disregard of the fact that an alien, namely,

20 Jose Luis Murillo-Rodriguez, had not received prior official

21 authorization to come to, enter and reside in the United States, did

22 bring to the United States said alien and upon arrival did not bring

23 and present said alien immediately to an appropriate immigration

24 officer at a designated port of entry; in violation of Title 8, United

25 States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States

26 Code, Section 2.

27 //

28 //

JPME:mg:San Diego
6/26/08

1

## Count II

2    On or about June 18, 2008, within the Southern District of

3 California, defendant GUSTAVO GUZMAN-MIRANDA, an alien, knowingly and

4 intentionally attempted to enter the United States of America with the

5 purpose, i.e., conscious desire, to enter the United States without

6 the express consent of the Attorney General of the United States or

7 his designated successor, the Secretary of the Department of Homeland

8 Security, after having been previously excluded, deported and removed

9 from the United States to Mexico, and not having obtained said express

10 consent to reapply for admission thereto; and committed an overt act

11 to wit, crossing the border from Mexico into the United States, that

12 was a substantial step towards committing the offense, all in

13 violation of Title 8, United States Code, Section 1326(a) and (b).

14

## Count III

15    On or about June 18, 2008, within the Southern District of

16 California, defendant JOSE LUIS MURILLO-RODRIGUEZ, an alien, knowingly

17 and intentionally attempted to enter the United States of America with

18 the purpose, i.e., conscious desire, to enter the United States

19 without the express consent of the Attorney General of the United

20 States or his designated successor, the Secretary of the Department

21 of Homeland Security, after having been previously excluded, deported

22 and removed from the United States to Mexico, and not having obtained

23 said express consent to reapply for admission thereto; and committed

24 an overt act to wit, crossing the border from Mexico into the United

25 States, that was a substantial step towards committing the offense,

26 //

27 //

28 //

JPME:mg:San Diego
6/26/08                                    2

1 │ all in violation of Title 8, United States Code, Section 1326(a) and

2 │ (b).

3

4 │     DATED: 7/22/8 .

5

6                     KAREN P. HEWITT
                    United States Attorney

7

8                     JAMES P. MELENDRES
                    Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28